UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| MARGARET REAVES, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>OCWEN LOAN SERVICING LLC; )<br>LITTON LOAN SERVICING; )<br>POPULAR FINANCIAL; and )<br>THE BANK OF NEW YORK MELLON, )<br>)<br>Defendants. ) | **JUDGMENT**<br>No. 5:16-CV-186-FL |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's orders entered June 10, 2016 and August 23, 2016, and for the reasons set forth more specifically therein, that all claims arising in this case are dismissed. The plaintiff shall have and recover nothing from this action.

**This Judgment Filed and Entered on August 23, 2016, and Copies To:**
George Benjamin Milam(via CM/ECF Notice of Electronic Filing)
Margaret Reaves (via U.S. Mail) 604 Sardis Drive, Raleigh, NC 27603

August 23, 2016         JULIE RICHARDS JOHNSTON, CLERK
                         /s/ Christa N. Baker
                        (By) Christa N. Baker, Deputy Clerk