UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| MARGARET REAVES, )<br>        Plaintiff, )<br>)<br>v. )<br>)<br>)<br>OCWEN LOAN SERVICING, LLC, )<br>LITTON LOAN SERVICING, POPULAR )<br>FINANCIAL, THE BANK OF NEW )<br>YORK MELLON )<br>        Defendants. )<br>) | **JUDGMENT**<br><br>No. 5:16-CV-186-FL |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered July 16, 2018, that this case is dismissed with prejudice for failure to obtain service upon defendants.

**This Judgment Filed and Entered on July 16, 2018, and Copies To:**
Margaret Reaves (via U.S. Mail) 604 Sardis Drive, Raleigh, NC 27603

July 16, 2018       PETER A. MOORE, JR., CLERK
               /s/ Sandra K. Collins
              (By) Sandra K. Collins, Deputy Clerk